

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2025

No. 04-25-00687-CV

**IN RE** Geoffrey **PAWLACZYK**

Original Proceeding[1]

**ORDER**

Sitting:      Adrian A. Spears, II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

On October 27, 2025, relator filed this petition for writ of mandamus. After considering the petition and the record, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 5, 2025.

_____
Adrian A. Spears, II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 25-409, styled *Geoffrey Pawlaczyk v. Kendall County Sheriff*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.